**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SARAH LEFLAR**                                                                      **PLAINTIFF**

**v.**                                          **4:22-CV-00969-BRW**

**JO-ANN STORES, LLC**                                                          **DEFENDANT**

## ORDER

　　For the same reasons set out in today's order denying remand in *Chambers v. Stihl Incorporated USA*[1] and *Allinder v. Dollar General*,[2] Plaintiff's motion to remand (Doc. No. 21) is DENIED.

　　IT IS SO ORDERED this 11th day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　　　Billy Roy Wilson_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1]No. 4:22-cv-00688-BRW (E.D. Ark.), Doc. No. 41.

[2]No. 4:22-cv-00801-BRW (E.D. Ark.), Doc. No. 37.